No. 79-731. PORTER & DIETSCH, INC., ET AL. *v.* FEDERAL TRADE COMMISSION; and

No. 79-1090. PAY'N SAVE CORP. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 79-751. SOTTO ET AL. *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 79-812. OSMOSE WOOD PRESERVING CO. OF AMERICA, INC., ET AL. *v.* CITY OF LOS ANGELES. C. A. 9th Cir. Certiorari denied.

No. 79-902. FRIEDMAN *v.* HARBOLD. Ct. App. Ga. Certiorari denied.

No. 79-904. SELLINGER *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 79-975. BELL *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 79-1078. PITTSBURGH METRO AREA POSTAL WORKERS UNION, AFL-CIO *v.* UNITED STATES POSTAL SERVICE. C. A. 3d Cir. Certiorari denied.

No. 79-1094. AUTHORIZED AIR CONDITIONING CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 79-1097. FOWLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79-1098. DIVIVO *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 79-1103. MENOMINEE TRIBE OF INDIANS ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.